**FILED**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MAR **1 9** 2015

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SHANNON L. STRAUB, | ) |
| | ) |
| | ) |
| Defendant. | ) |

**4:15CR124 AGF/SPM**

## **INDICTMENT**

### **COUNT I**

The Grand Jury charges that:

Between September 2014, and on or about March 10, 2015, within the Eastern

District of Missouri and elsewhere, the defendant,

### **SHANNON L. STRAUB,**

did knowingly transport C.B. in interstate commerce with the intent that C.B. engage in

prostitution.

In violation of Title 18, United States Code, Section 2421.

1

## COUNT II

The Grand Jury further charges that:

Between May 2014, and on or about March 10, 2015, within the Eastern District of Missouri and elsewhere, the defendant,

**SHANNON L. STRAUB,**

did knowingly transport T.J. in interstate commerce with the intent that T.J. engage in prostitution.

In violation of Title 18, United States Code, Section 2421.

## COUNT III

The Grand Jury further charges that:

Between February 2015, and on or about March 10, 2015, within the Eastern District of Missouri and elsewhere, the defendant,

**SHANNON L. STRAUB,**

did knowingly transport N.G. in interstate commerce with the intent that N.G. engage in prostitution.

In violation of Title 18, United States Code, Section 2421.

2

## COUNT IV

The Grand Jury further charges that:

Between May 2014, and on or about March 10, 2015, within the Eastern District of

Missouri and elsewhere, the defendant,

## SHANNON L. STRAUB

did knowingly use facilities in interstate commerce with the intent to promote, manage, establish,

or carry on an unlawful activity, to wit: prostitution, and thereafter did knowingly promote,

manage, establish or carry on that unlawful activity.

In violation of Title 18, United States Code, Section 1952(a)(3).

A TRUE BILL.


FOREPERSON


RICHARD G. CALLAHAN
United States Attorney


JENNIFER A. WINFIELD, #53350MO
Assistant United States Attorney

3